# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 15-31000
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 26, 2016

Lyle W. Cayce
Clerk

In re:  MADRO BANDARIES,

Appellant

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:15-MC-61

Before WIENER, HIGGINSON, and COSTA, Circuit Judges.

PER CURIAM:*

Appellant Madro Bandaries, attorney at law, appeals the sanction imposed by the United States District Court for the Eastern District of Louisiana following imposition of discipline by the Louisiana Supreme Court. We have reviewed the appellate briefs of the parties and the record on appeal, including the portions under seal and the 23-page opinion of the district court sitting *en banc*, and we are satisfied that the sanction imposed by the district court is fully justified, irrespective of the fact that it is greater than the sanction imposed by the Louisiana Supreme Court.  For essentially the same reasons as carefully explicated by the district court, its imposition of a three-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-31000

year suspension from the practice of law before that court, effective October 19, 2015, is AFFIRMED.